**SEND**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3610 PA (CWx) | Date | June 4, 2009 |
|---|---|---|---|
| Title | Arsyal Pranjaya v. U.S. Bank Nat'l Ass'n, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On May 27, 2009, the Court issued an order provisionally remanding this action to the Orange County Superior Court as a result of a lack of subject matter jurisdiction and procedural defects in the Notice of Removal.  In its May 27, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects.  Specifically, plaintiff was directed to inform the Court in writing by June 3, 2009, if he objected to the remand.  To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects.  Accordingly, for the reasons stated in the May 27, 2009 order, this action is remanded to Orange County Superior Court.

IT IS SO ORDERED.